439 F.2d 1133
 UNITED STATES of America, Plaintiff-Appellee,
v.
Glenn Michael ROGERS, Defendant-Appellant.
No. 30562 Summary Calendar.*
*Rule 18, 5th Cir.; see Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431
F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 March 26, 1971, Rehearing Denied April 12, 1971.
 
 Thomas G. Sharpe, Jr., Hardy & Sharpe, Brownsville, Tex., for defendant-appellant.
 Anthony J.P. Farris, U.S. Atty., Raul A. Gonzalez, Dewey F. Meadows, James R. Gough, Asst. U.S. Attys., Houston, Tex., for plaintiff-appellee.
 Before BROWN, Chief Judge, INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966